UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHERUNDA FOX,

    Plaintiff,

v.                                        Case No. 03-74755

YUKINS, et al.,                    Honorable Patrick J. Duggan

    Defendants.
_____/

## ORDER DENYING PLAINTIFF'S MOTION FOR INJUNCTIVE RELIEF

At a session of said Court, held in the U.S. District Courthouse, City of Detroit, County of Wayne, State of Michigan, on March 9, 2006.

PRESENT:        THE HONORABLE PATRICK J. DUGGAN
                          U.S. DISTRICT COURT JUDGE

On December 2, 2003, Plaintiff Cherunda Fox filed a *pro se* prisoner civil rights complaint pursuant to 42 U.S.C. § 1983 against Defendants Yukins, Singhal, Atkinson, Powell, Bavineni, Jackson, Babue, and Seaton, who are all employees at the Scott Correctional Facility. Some time in 2004, Defendant Powell died, therefore he was no longer a party to the action. In an Opinion and Order dated March 30, 2005, this Court dismissed Defendants Yukins, Atkinson, Bavineni, and Jackson. In an Opinion and Order dated June 7, 2005, this Court dismissed the remaining Defendants, Defendants Singhal, Babue, and Seaton. On June 7, 2005, this Court entered a Judgment dismissing Plaintiff's

complaint with prejudice as to all Defendants.  Presently before the Court is Plaintiff's post-judgment Motion for Injunctive Relief, filed on March 6, 2006.

In her Motion for Injunctive Relief, Plaintiff contends that she has received two "unscheduled visits" from state on local authorities.  Although Plaintiff fails to provide the Court with any evidence that these visits were in any way related to this action, Plaintiff believes that, "[t]his harassment is due to the pendancy of this case."  Plaintiff asks the Court to enjoin the state and local authorities from any harassing behavior.

Plaintiff cites no authority for her post-judgment motion.  The Court does not believe that Plaintiff's motion was brought pursuant to Rule 60(a) or (b) of the Federal Rules of Civil Procedure because Plaintiff's motion does not ask the Court to alter or amend the judgment.  Therefore, this Court has no jurisdiction to hear Plaintiff's motion.

Accordingly,

**IT IS ORDERED** that Plaintiff's Motion for Injunctive Relief is **DENIED**.

      s/PATRICK J. DUGGAN
      UNITED STATES DISTRICT JUDGE

Copies to:

Cherunda Fox
Detroit, MI 48213

Julia R. Bell, A.A.G.